UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CHRISTINE M. KUSCHEL, | ) | Case No. 05-42844-659 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| CHRISTINE M. KUSCHEL, | ) | **Adversary No. 06-4274-659** |
| | ) | |
| | ) | PUBLISHED |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| DAVID C. KUSCHEL, and | ) | |
| PENNSYLVANIA HIGHER EDUCATION | ) | |
| ASSISTANCE AGENCY, | ) | |
| Defendants. | ) | |

## O R D E R

The matter before the Court is Plaintiff's Amended Complaint to Determine Dischargeability Pursuant to Section 523(a)(15) and for Declaratory Judgment. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is GRANTED IN PART in that Plaintiff's request for dischargeability is GRANTED and judgment is entered in favor of Plaintiff Christine M. Kuschel that the debt owed by Plaintiff under the Property Settlement and Separation Agreement to Defendant David C. Kuschel is discharged pursuant to Section 523(a)(15); and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiff's Amended Complaint is DENIED IN PART and judgment is entered in favor of Defendant Pennsylvania Higher Education Assistance Agency in that the debt owed by Plaintiff to Defendant Pennsylvania Higher Education

Assistance Agency is nondischargeable under Section 523(a)(8); and this is the final judgment and order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: April 12, 2007
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Christine M. Kuschel
1942 Marine Terrace Unit B
St. Louis, MO 63146

David C. Kuschel
PO Box 4401
Chesterfield, MO 63006

Gary Lee Vincent
Husch and Eppenberger
190 Carondelet Plz., Ste. 600
St. Louis, MO 63105

Steven Reid White
Purschke & White LLC
316 East Locust St.
Union, MO 63084

William M. Spieler
Leslie, Spieler & Fulford LLC
100 E Locust St
Union, MO 63084-1830